UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., A MINOR CHILD; BY AND THROUGH HIS GUARDIAN AD LITEM TERESA GROSS,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. 1:19-cv-01201-LJO-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT GUARDIAN AD LITEM<br><br>(ECF NO. 2) |

On August 30, 2019, Plaintiff T.G., a minor child, filed this action against Defendant, Mariposa County Unified School District ("Defendant"), asserting a cause of action under Title VI of the 1964 Civil Rights Act. (ECF No. 1.) That same day, Plaintiff filed a motion to appoint his mother, Teresa Gross, as *guardian ad litem.* (ECF No. 2.)

"To maintain a suit in a federal court, a child or mental incompetent must be represented by a competent adult." *Doe ex rel. Sisco v. Weed Union Elementary School Dist.*, 2:13-cv-01145, 2013 WL 2666024 at *1 (E.D. Cal. June 12, 2013) (citation omitted). Rule 17(c) governs the appearance of minors and incompetent persons in federal court. Rule 17(c)(1) prescribes: "The following representatives may sue or defend on behalf of a minor or incompetent person: (A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary." Rule 17(c)(2)

1

states that, "[a] minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action."

A court has broad discretion in ruling on a *guardian ad litem* application. *Basque v. Cty. of Placer*, 2017 U.S. Dist. LEXIS 117290 at *2 (E.D. Cal. July 26, 2017). In general, a parent is presumed to act in his or her child's best interests. *See Parham v. J.R.*, 442 U.S. 584, 604 (U.S. 1979) (noting general presumption that parents are presumed to act in the child's best interests).

Upon review, the Court finds Plaintiff's motion to appoint Teresa Gross as his *guardian ad litem* should be granted. Gross, as Plaintiff's mother, is presumed to act in his best interests, and there is nothing before the Court to undermine that presumption here.

Accordingly, IT IS ORDERED that:

1. Plaintiff's "Petition for Guardian ad Litem" (ECF No. 2.) is GRANTED; and

2. Teresa Gross is hereby appointed as Plaintiff's *guardian ad litem*.

IT IS SO ORDERED.

Dated: __**September 12, 2019**__          /s/ *Errin P. Gross*
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE