Whitney, Thompson & Jeffcoach LLP
Mandy L. Jeffcoach, #232313
  *mjeffcoach@wtjlaw.com*
Kristi D. Marshall, #274625
  *kmarshall@wtjlaw.com*
8050 N. Palm Avenue, Suite 110
Fresno, California 93711
Telephone:   (559) 753-2550
Facsimile:   (559) 753-2560

Attorneys for Mariposa County Unified School District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| T.G., a minor child; by and through his guardian ad litem Teresa Gross,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:19-CV-01201-LJO-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE TO FEBRUARY 24, 2020**<br><br>The Hon. Erica P. Grosjean<br>U.S. Magistrate Judge |

It is hereby stipulated by and between the parties, Plaintiff, T.G., a minor child; by and through his guardian ad litem Teresa Gross and Defendant, Mariposa County Unified School District, hereby collectively referred to as the Parties, by and through their counsel of record, as follows:

The Parties seek to continue the scheduling conference currently set for December 3, 2019, because Defendant has just retained counsel who needs to conduct an investigation into the facts before a meaningful scheduling conference can occur. Based on the above-stated good cause, it is respectfully requested that the court continue the scheduling conference currently set for December 3, 2019, to February 6, 2020 at 9:30 a.m., in Courtroom 10.

12466.00014 05358999.000

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE

| | | |
|---|---|---|
| Dated: November 14, 2019 | | WHITNEY, THOMPSON & JEFFCOACH LLP |

By: _*/s/ Mandy L. Jeffcoach*_
Mandy L. Jeffcoach
Attorneys for Mariposa County Unified School District

Dated: November 14, 2019     SHAW FIRM

By: _*/s/ Daniel R. Shaw*_
Daniel R. Shaw
Attorneys for T.G., a minor child; by and through his guardian ad litem Teresa Gross

**ORDER**

The Court, having reviewed the stipulation of the parties and finding good cause, hereby orders to continue the scheduling conference currently set for December 3, 2019 at 9:30 a.m. However, instead of the February 6, 2020 date the parties propose, IT IS ORDERED that the conference shall be reset for February 24, 2020 at 10:00 a.m., with the parties to file a joint scheduling conference statement at least one week prior to the continued scheduling conference.

IT IS SO ORDERED.

Dated: **November 15, 2019**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE