# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| T.G., a minor child; by and through his guardian ad litem Teresa Gross,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:19-CV-01201-NONE-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>(ECF No. 11) |

It is hereby stipulated by and between the parties, Plaintiff, T.G., a minor child; by and through his guardian ad litem Teresa Gross and Defendant, Mariposa County Unified School District, hereby collectively referred to as the Parties, by and through their counsel of record, as follows:

The Parties are in the process of entering into a conditional settlement agreement, thereby rendering the need for a Scheduling Conference moot at this time. Accordingly, to preserve judicial resources, it is respectfully requested that the court continue the Scheduling Conference currently set for February 24, 2020, to June 29, 2020, at 10:30 a.m., in Courtroom 10. In the event a settlement has been reached and all conditions satisfied by that time, the Parties will notify the Court and the Scheduling Conference should come off calendar.

| | | |
|---|---|---|
| Dated: February 11, 2020 | | WHITNEY, THOMPSON & JEFFCOACH LLP |
| | By: | _/s/ Kristi D. Marshall_ |
| | | Mandy L. Jeffcoach |
| | | Kristi D. Marshall |
| | | Attorneys for Mariposa County Unified School District |
| Dated: February 11, 2020 | | SHAW FIRM |
| | By: | _/s/_ Daniel R. Shaw |
| | | Daniel R. Shaw |
| | | Attorneys for T.G., a minor child; by and through his guardian ad litem Teresa Gross |

**ORDER**

The Court, having reviewed the stipulation of the parties and finding good cause, hereby orders to continue the scheduling conference from February 24, 2020 at 10:00 a.m., to June 29, 2020 at 10:30 a.m., with the parties to file a joint scheduling conference statement at least one week prior to the continued scheduling conference, if it is still necessary.

IT IS SO ORDERED.

Dated: **February 12, 2020**　　　　　　　／s／ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE