UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., A MINOR CHILD; BY AND THROUGH HIS GUARDIAN AD LITEM TERESA GROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT,<br><br>        Defendants. | No. 1:19-cv-01201-NONE-EPG<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. Nos. 13, 17) |

      Plaintiff, T.G., a minor proceeding by and through his guardian ad litem Teresa Gross, petitioned for approval of a minor's compromise on March 16, 2020.  (Doc. No. 13).  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Court's Standing Order, (Doc. No. 10, at 3).

      On May 22, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that the petition be granted.  (Doc. No. 17, at 7).

      The parties were provided an opportunity to file objections to the findings and recommendations.  The deadline to file objections has passed, and no party has objected or otherwise responded to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper

1

analysis.

    Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on May 22, 2020, are adopted;
2. Plaintiff's Motion for Approval of Minor's Compromise (Doc. No. 13) is GRANTED; and
3. The settlement proceeds shall be distributed as follows:
    a. Within thirty days of this Order, Defendant Mariposa County Unified School District shall issue a check in the amount of $49,000 to be deposited into the Shaw Firm's client trust account. Additionally, within thirty days of this Order, the California Risk Management Agency shall issue a check in the amount of $41,500 to be deposited into the Shaw Firm's client trust account. The total net recovery for T.G. will be $90,500.
    b. The Mariposa County Unified School District shall promptly send required documentation to the California Risk Management Authority. Within sixty days thereafter, the California Risk Management Agency shall issue a check for attorneys' fees to the Shaw Firm in the amount of $17,000 for its representation in this matter.
    c. Within sixty days, Mariposa County Unified School District will issue a check for attorneys' fees to Geralyn M. Clancy in the amount of $12,500 for her representation in the special education dispute with the Office of Administrative Hearings.
    d. The Shaw Firm will use a portion of the settlement funds to pay an estate planning attorney to setup a special needs trust in favor of plaintiff. Once the trust is established, the Shaw Firm will deposit the remaining funds into the account as discussed herein.

/////

/////

   e. The Shaw Firm will also use a portion of the funds to pay any outstanding medical liens for plaintiff's psychotherapy.

IT IS SO ORDERED.

Dated: **July 21, 2020**

                     /s/ Dale A. Drozd
                     UNITED STATES DISTRICT JUDGE