UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., A MINOR CHILD, BY AND THROUGH HIS GUARDIAN AD LITEM TERESA GROSS,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | No.  1:19-cv-01201-NONE-EPG<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT OR STIPULATION FOR DISMISSAL |

On July 22, 2020, District Judge Drozd adopted the Court's findings and recommendations, recommending that the petition for approval of minor's compromise be approved. (ECF No. 18). It is HEREBY ORDERED that, within fourteen days of the date hereof, the parties shall file either (1) a joint status report, advising the Court what additional relief the parties seek, if any, or (2) a stipulation for dismissal of the case.

IT IS SO ORDERED.

Dated:  **July 23, 2020**                     /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

1