UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., a minor child by and through his guardian ad litem, Teresa Gross,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | No. 1:19-cv-01201-NONE-EPG<br><br>ORDER CONCERNING MOTION TO DISMISS |

On July 22, 2020, the Court adopted the undersigned's findings and recommendations, which recommended that the petition for minor's compromised be approved. (ECF No. 18). On July 24, 2020, the parties indicated in their subsequent joint status report that they intended to dismiss the action after payments pursuant to the compromise were made. (ECF No. 20). On September 9, 2020, Plaintiff T.G. filed a motion to dismiss, seeking to dismiss the action voluntarily with prejudice. (ECF No. 22).

Although Plaintiff did not cite any authority, it appears Plaintiff moves under Federal Rule of Civil Procedure 41(a), which concerns voluntary dismissals. In order for a voluntary dismissal to take effect without court order at this stage of the case, such a stipulation must be "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

///

1

Accordingly, it is HEREBY ORDERED that within seven days, the parties shall file a stipulation signed by all parties in accordance with Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: **September 18, 2020**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE