UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., a minor child, by and through his guardian ad litem Teresa Gross,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | No. 1:19-cv-01201-NONE-EPG<br><br><br>ORDER VACATING ORDER CONCERNING MOTION TO DISMISS<br><br>(ECF No. 23) |

On September 18, 2020, the Court entered an order (ECF No. 23) concerning Plaintiff's Motion to Dismiss (ECF No. 22). Upon further review, the Court's September 18, 2020 order is HEREBY VACATED. The Court will construe Plaintiff's Motion to Dismiss as a request to dismiss the case pursuant to Rule 41(a)(2).
IT IS SO ORDERED.

Dated:   **September 21, 2020**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1