UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., a minor child by and through his guardian ad litem, Teresa Gross,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | No. 1:19-cv-01201-NONE-EPG<br><br><u>ORDER GRANTING MOTION TO DISMISS</u><br><br>(Doc. No. 22.) |

On July 22, 2020, the undersigned adopted the magistrate judge's recommendation to grant the parties' petition to approve the minor plaintiff's compromise. (Doc. No. 18). On July 24, 2020, the parties indicated in a joint status report that they intended to dismiss the action after payments pursuant to the compromise were made. (Doc. No. 20). On September 9, 2020, plaintiff filed an unopposed motion to dismiss, indicating that all of the necessary payments had been made and seeking to dismiss the action with prejudice. (Doc. No. 22).

Because the dismissal request was signed only by plaintiff and comes after defendant filed an answer, the motion cannot be considered under Federal Rule of Civil Procedure 41(a)(1)(A). However, it is appropriate to consider the motion under Federal Rule of Civil Procedure 41(a)(2), which permits dismissal by court order at the plaintiff's request "on terms that the court considers proper." Here, the parties' *joint* status report anticipated that *plaintiff* only will file a request for

dismissal once all payments have cleared.  (Doc. No. 20.)  Under the circumstances, the court concludes that all parties have consented to dismissal on the terms presented.

Accordingly, plaintiff's request for dismissal of this entire action with prejudice (Doc. No. 22) is **GRANTED**.  The Clerk of Court is directed to assign a district judge to this matter for the purpose of closure and to close this case.

IT IS SO ORDERED.

Dated:   **September 24, 2020**

UNITED STATES DISTRICT JUDGE